Certificate Number: 03621-FLS-DE-023714162

Bankruptcy Case Number: 14-23322



03621-FLS-DE-023714162

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2014, at 10:23 o'clock AM EDT, Sonia Sola completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:  June 30, 2014                          By:      /s/Daynelys Gibbins

                                              Name:   Daynelys Gibbins

                                              Title:   Counselor