**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X    Fourth    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐   _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Sonia Sola     JOINT DEBTOR: _____     CASE NO.: 14-23322 LMI
Last Four Digits of SS# 4643     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __46__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 143.55    for months   1   to   46  ;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0     TOTAL PAID $ 0
            Balance Due    $_____ payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1._____     Arrearage on Petition Date $_____
Address:_____     Arrears Payment    $_____/month (Months _____ to _____)
                             Regular Payment    $_____/month (Months _____ to _____)
Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____
                    Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 130.50 /month (Months 1 to 46 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor is paying her modified mortgage with Ocwen outside the Plan.

Debtor surrenders the 1999 Mazda 626 to creditor Springleaf Financial, P. O. Box 3251, Evansville, IN 47731-3251.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/
Debtor Sonia Sola                                    Joint Debtor
Date    September 28, 2014                  Date:_____

LF-31 (rev. 01/08/10)